UNITED DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA:

                                   Hon. Steven C. Mannion
                        :       Magistrate No.: 15-6046 (SCM)

      v

JUAN GOMEZ-RUIZ      :       **ORDER**

     This matter coming before the Court on motion of John D. Lynch, Esq.., attorney for defendant, Cesar Pereira, and Special Assistant United States Attorney Thomas Kearney, appearing on behalf of the Government, having been noticed and consenting thereto,

     IT IS on this 24 day of July, 2015;

     **ORDERED** that the defendant be permitted with the consent of Pretrial Service attend his daughter's birthday party located at 5 Spruce Street, Mine Hill, New Jersey on Sunday, July 26, 2015 between the hours of 2:00 p.m. to 8:00 p.m..

                                                                **HON. STEVEN C. MANNION, USMJ**